USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: ______

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOSE QUINOY,

Defendant.

09 CR 424 (KMK)

ORDER

**KENNETH M. KARAS, U.S.D.J.**

For the reasons discussed on the record at the conference held on April 13, 2010, the Government's motion to admit evidence under Fed. R. Evid. 404(b) is granted in part and denied in part.

The Government will provide Defendant all *Giglio* material and tape recordings by no later than May 3, 2010. The Government will provide all other 3500 material by no later than the Friday before the witness is scheduled to testify. The provided materials will remain in Defense counsel's custody, which includes counsel's office, person, and home. If particular 3500 materials are voluminous, the Government shall provide the materials by no later than May 3, 2010, or submit a letter to the Court requesting permission to disclose the materials at a later date.

By no later than April 19, 2010, Defendant shall respond to the Government's request for the names of individuals whom were previously provided discovery materials.

SO ORDERED.

DATED: April 14, 2010
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE