USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: ____________

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

JOSE QUINOY,
Defendant.

09 CR 424 (KMK)

ORDER

**KENNETH M. KARAS, U.S.D.J.**

For the reasons discussed on the record at the conference held on June 15, 2010, Defendant's motion to dismiss the indictment is denied. However, Defendant shall be permitted to introduce evidence before the jury regarding the alleged destruction of evidence. Also, the Court will give the jury an adverse inference instruction. The Clerk of Court is respectively requested to terminate the pending motion, (Dkt. No. 51).

For the reasons discussed on the record at the conference held on June 15, 2010, Defendant's motion *in limine* to preclude the Government from introducing a small portion of a transcript due to alleged inaudibility is denied.

SO ORDERED.

DATED: June 18, 2010
White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE